Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  blevine@pszjlaw.com
        acaine@pszjlaw.com
        jspomerantz@pszjlaw.com

*Counsel to Plaintiff Runway Liquidation, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUBIT INC.,<br><br>Defendant. | Adv. Proc. No. 19-01058 (SCC) |

**STIPULATION FURTHER EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, Runway Liquidation, LLC ("Plaintiff") and defendant, Qubit Inc.

("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

WHEREAS, on February 26, 2019, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 27, 2019; and

WHEREAS, on March 8, 2019, Defendant was served with the Summons and Complaint;

WHEREAS, the parties previously entered into a stipulation to further extend the deadline for Defendant to answer the Complaint through June 26, 2019 [Docket No.7]; and

WHEREAS, the parties are currently negotiating in good faith to settle this adversary proceeding.

The parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer the Complaint is further extended through and including July 17, 2019.

| | |
|---|---|
| Dated: June 26, 2019 | Dated: June 25, 2019 |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Counsel to Plaintiff, Runway Liquidation, LLC | **MARKSDIPALERMO PLLC**<br>Counsel for Qubit Inc. |
| By: _/s/ Beth E. Levine_<br>Beth E. Levine, Esq.<br>Andrew W. Caine, Esq. (admitted *pro hac vice*)<br>Jason S. Pomerantz, Esq. (admitted *pro hac vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Tel.: (212) 561-7700<br>Fax: (212) 561-7777<br>Email: blevine@pszjlaw.com<br>         acaine@pszjlaw.com<br>         jspomerantz@pszjlaw.com | By: _/s/ Adam N. Love_<br>Adam N. Love, Esq.<br>485 Madison Avenue, 16th Floor<br>New York, NY 10022<br>Tel: (212) 370-4477<br>Fax: (212) 588-0471<br>Email: alove@marksdipalermo.com |